1007-20055                                                                 #1191558

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **NUSTAR ENERGY SERVICES, INC.,** | **Civil Action No. 4:14-cv-03282** |
| **Plaintiff,** | |
| **v.** | **(ADMIRALTY)** |
| **M/V NORWEGIAN JEWEL, IMO NO. 9304045, her engines, apparel, furniture, equipment, appurtenances, tackle, etc.,** *in rem*; | |
| **Defendants** | |

### O.W. BUNKER USA INC.'S
### NOTICE OF FOREIGN LAW PURSUANT TO FED. R. CIV. P. 44.1

O.W. Bunker USA Inc., as interpleader-defendant and claimant, hereby gives notice pursuant to Rule 44.1 of the Federal Rules of Civil Procedure of its intent to rely on English law in support of its claims in the above-captioned action.

Dated: August 5, 2016

                                        Respectfully submitted:

                                         */s/ Aaron B. Greenbaum*
                                        Salvador J. Pusateri (TX #24072867)
                                        Aaron B. Greenbaum (S.D. Tex. Federal ID No. 2023921) (LA Bar # 31752)
                                        **PUSATERI, BARRIOS, GUILLOT & GREENBAUM, LLC**
                                        1100 Poydras Street, Suite 2250
                                        New Orleans, LA 70163
                                        Telephone: 504-620-2500
                                        Facsimile: 504-620-2510
                                        Salvador.Pusateri@pbgglaw.com
                                        Aaron.Greenbaum@pbgglaw.com

**and**

Robert E. O'Connor (NY #4899316)
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
437 Madison Avenue, 29th Floor
New York, NY 10022
Telephone: 212-551-7794
Facsimile: 212-599-1759
roconnor@mmwr.com
Appearing *Pro-Hac Vice*

**ATTORNEYS FOR O.W. BUNKER USA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

 */s/Aaron B. Greenbaum*